Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
SCOTT A. MAGNUSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. MAGNUSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:16-cv-02653-CKD<br><br>STIPULATION FOR FIRST 30 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |

　　　　IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days until June 21, 2017. This is Plaintiff's first request for an extension of time. Despite due diligence, Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to counsel's current workload which has involved conflicting deadlines in unrelated matters, as well as the length of the administrative record in this matter, which exceeds 1,500 pages. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

///

///

///

///

///

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

| | | |
|---|---|---|
| Dated: May 22, 2017 | | Respectfully submitted, |
| | | /s/ *Jared T. Walker*<br>Jared T. Walker,<br>Attorney for Plaintiff |

SO STIPULATED:

PHILLIP A. TALBERT
United States Attorney

Dated: May 22, 2017  By:  /s/ *Margaret I. Branick-Abilla\**
(*authorized by e-mail on 5/22/2017*)
Margaret I. Branick-Abilla
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 25, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE