1  Jared T. Walker (SB#269029)
   1104 Corporate Way
2  Sacramento, CA 95831
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff,
   SCOTT A. MAGNUSON
6

7                IN THE UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9  SCOTT A. MAGNUSON,                    Case No. 2:16-cv-02653 CKD

10        Plaintiff,
                                         <u>STIPULATION AND ORDER</u>
11        v.

12 NANCY A. BERRYHILL,
   Commissioner of Social Security,
13
          Defendant.
14

15

16     Subject to the Court's approval, IT IS STIPULATED, by and between the parties, through

17 their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment

18 be extended seven (7) days until June 28, 2017.  This is Plaintiff's second and final request for an

19 extension of time.  Plaintiff's counsel has not prepared Plaintiff's opening brief in accordance with

20 the current scheduling order due to counsel's current workload.  With the Court's approval, the

21 parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Dated: June 20, 2017                              Respectfully submitted,

                                                  /s/ *Jared T. Walker*
                                                  Jared T. Walker,
                                                  Attorney for Plaintiff

SO STIPULATED:

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

Dated: June 20, 2017                     By:      /s/ *Margaret I. Branick-Abilla\**
                                                  (*authorized by e-mail on 6/20/2017*)
                                                  Margaret I. Branick-Abilla
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: June 23, 2017

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE