PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8929
     Facsimile: (415) 744-0134
     E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT A. MAGNUSON, | Case No.: 2:16-cv-02653-CKD |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until September 4, 2017, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order shall be extended accordingly.

Dated: July 27, 2017

                                        */s/ Carolyn K. Delaney*
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should automatically be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. *See* 42 U.S.C. § 405(g).

[Proposed] Order; Case No.: 2:16-cv-02653-CKD